THE STATE EX REL. MARTIN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Martin v. Indus. Comm.*
(1999), 84 Ohio St.3d 361.]

(No. 98–1069—Submitted November 10, 1998—Decided January 20, 1999.)

*Larrimer & Larrimer* and *David H. Swanson,* for appellant.

*Betty D. Montgomery,* Attorney General, and *C. Bradley Howenstein,* for appellee Industrial Commission.

*Buckingham, Doolittle & Burroughs, L.L.P., Brett L. Miller, Richard A. Hernandez* and *Michael L. Williams,* for appellee Lancaster Fairfield Community Hospital.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, **J., dissenting.** I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.